## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

MARC MONTAGUE,

        Plaintiff,

v.

iFIT, INC. and BEST BUY CO., INC.,

        Defendants.

Civil Action No.:

_____

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. §§ 123, 1332, 1441 and 1446, Defendant iFIT, Inc. ("iFIT"), by and through its undersigned attorneys, hereby removes the state court action entitled *Marc Montague v. iFIT, Inc. and Best Buy Co., Inc.*, bearing Case No. 2025-CA-1061, from the Fifth Judicial Circuit Court of Hernando County, Florida to the United States District Court for the Middle District of Florida, Ocala Division, and respectfully represents as follows:

## FACTUAL BACKGROUND

1.    Plaintiff Marc Montague claims that on October 10, 2021, while using a ProForm PFTL59420 treadmill with Serial Number PP720C0048420 ("Subject Treadmill"), he was injured when the treadmill malfunctioned. *See* Compl. ¶¶ 5-10 (Ex. A).

2.     Plaintiff brings claims against iFIT for: (1) negligence; (2) products liability (defective design and manufacturing defects); and (3) products liability (breach of implied warranty).  *See* Compl. ¶¶ 11-19, 24-27 (Ex. A). Plaintiff seeks damages from iFIT for bodily injury, pain and suffering, loss of capacity to enjoy life, inconvenience, physical impairment, loss of earnings and/or earning capacity, loss of consortium, permanent injury, and past and future medical expenses. *See generally* Compl. (Ex. A).

## PROCEDURAL BACKGROUND

3.     Plaintiff filed the Complaint in the Fifth Judicial Circuit Court of Hernando County, Florida on or around October 8, 2025.  *See generally* Compl. (Ex. A).

4.     iFIT was served with the Complaint in this action on October 15, 2025. *See generally* Service of Process.  (Ex. B).

5.     All exhibits—including all process, pleadings, and orders served on or by iFIT, Inc. required by 28 U.S.C. § 1446(a)—are offered and attached as follows:

| EXHIBITS | DESCRIPTION |
|---|---|
| A | Plaintiff's Complaint |
| B | Service of Process |
| C | Minnesota Secretary of State – Business Entity Search |

| D | Declaration of Dylan Ramsey |
| E | Certificate of Amendment |
| F | Notice of Filing of Removal |
| G | Amended Notice of Filing Removal |

## DIVERSITY JURISDICTION

6.      This Court has subject matter jurisdiction over this action and all claims asserted against Defendants pursuant to 28 U.S.C. § 1332(a) because Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### Complete Diversity Exists Between the Parties

7.      According to documents provided to iFIT by Plaintiff pre-suit, Plaintiff Marc Montague resides in Spring Hill, Florida and is therefore a Florida resident.

8.      According to Minnesota's Secretary of State, Best Buy Co., Inc. is a Minnesota Business Corporation with its principal place of business at 7601 Penn Ave. S, Richfield, MN 55423.  *See generally* Minnesota Secretary of State – Business Entity Search (Ex. C).

9.      Best Buy Co., Inc. is therefore a citizen of Minnesota — the place where it is incorporated and where its principal place of business is located.  *See* 28 U.S.C. § 1332(c)(1).

10.    iFIT is a Delaware Corporation with a principal place of business in Utah. *Id.*

11.    iFIT is therefore a citizen of Delaware and Utah.  *See* 28 U.S.C. § 1332(c)(1).

12.    All parties are citizens of different states.

**The Amount in Controversy Exceeds $75,000, Exclusive of Interest and Costs**

13.    Diversity jurisdiction requires that the amount in controversy must exceed $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a).

14.    According to a pre-suit demand received by iFIT, Plaintiff seeks $2,760,880.00 in damages.

15.    The amount in controversy exceeds the amount required by statute. 28 U.S.C. § 1332(a).

## VENUE

16.    Venue properly rests in the United States District Court for the Middle District of Florida, Ocala Division, pursuant to 28 U.S.C. § 123(a)(3) because it encompasses Hernando County, Florida, where this action was originally filed.

17.    Pursuant to 28 U.S.C. § 1446(d), iFIT is filing this Notice of Removal with this Court, serving a copy upon Plaintiff's counsel, and filing a copy in the

Fifth Judicial Circuit Court of Hernando County, Florida. *See generally* Notice of

Filing of Removal (Ex. F) and Amended Notice of Filing Removal (Ex. G).

## <u>TIMELINESS OF REMOVAL</u>

18.    iFIT received a copy of the initial pleading setting forth the claim for

relief upon which the action is based on October 15, 2025. *See generally* Service of

Process (Ex. B). Thus, this Notice of Removal is timely pursuant to 28 U.S.C. §

1446(b) since it is being filed within thirty (30) days of iFIT receiving a copy of the

Complaint. *See* 28 U.S.C. § 1446(b) (requiring that, in order to be timely, "[a] notice

of removal must be filed within 30 days after the defendant receives, through

service or otherwise, a copy of the initial pleading setting forth the claim for relief

upon which such action or proceeding is based").

19.    Defendant Best Buy Co., Inc. has no objection to the removal of this

action to this Court.

WHEREFORE, Defendant iFIT, Inc. respectfully request that this Court

assume jurisdiction over the above-described action pending in the Fifth Judicial

Circuit Court of Hernando County, Florida, pursuant to 28 U.S.C. §§ 123, 1332,

1441, and 1446.

Dated:        November 7, 2025        Respectfully submitted,

                                      By: /s/   *Kara S. Graham*
                                      Kara S. Graham, Esq.
                                      Florida Bar No.  1002415

**LITTLETON JOYCE UGHETTA & KELLY LLP**
2460 N Courtenay Pkwy, Suite 204
Merritt Island, FL  32953
Tel: (321) 574-0280
Fax: (321) 574-4054
kara.graham@littletonjoyce.com
Geanne.gardner@littletonjoyce.com

*Counsel for Defendant iFIT, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2025, a true and correct copy of the foregoing document was served upon all counsel of record in the above-captioned matter through the CM/ECF system in accordance with the Federal Rules of Civil Procedure and the Local Rules.

Respectfully submitted,

By: /s/ *Kara S. Graham*
Kara S. Graham, Esq.
Florida Bar No. 1002415
**LITTLETON JOYCE UGHETTA & KELLY LLP**
2460 N Courtenay Pkwy, Suite 204
Merritt Island, FL 32953
Tel: (321) 574-0280
Fax: (321) 574-4054
kara.graham@littletonjoyce.com
Geanne.gardner@littletonjoyce.com

*Counsel for Defendant iFIT, Inc.*

Filing # 233211391 E-Filed 10/08/2025 01:23:11 PM

Exhibit "A"

## IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT
## IN AND FOR HERNANDO COUNTY, STATE OF FLORIDA
## CIVIL DIVISION

**MARC MONTAGUE**                      **CASE NO.**

Plaintiff,

v.

**iFIT Inc., and Best Buy Co., Inc.**
Defendants.

### COMPLAINT

COMES NOW Plaintiff, MARC MONTAGUE, by and through the undersigned counsel, and sues Defendants, iFIT Inc. and Best Buy Co., Inc. (hereinafter Defendants; iFit, and Best Buy respectively), and in support thereof, alleges as follows:

### JURISDICTIONAL BASIS

1. This is an action for damages which exceeds Fifty Thousand ($50,000.00) Dollars, exclusive of interest and costs.

2. The Fifth Judicial Circuit Court has personal jurisdiction over Defendant, iFIT Inc., pursuant to Fla. Stat. § 48.193.

3. The Fifth Judicial Circuit Court has personal jurisdiction over Defendant, Best Buy Co., Inc., pursuant to Fla. Stat. § 48.193.

4. The Fifth Judicial Circuit Court has venue pursuant to Fla. Stat. § 47.011.

### FACTUAL ALLEGATIONS

5. On or about October 10, 2021, was using a treadmill manufactured by Defendant, iFIT Inc.

6. At all times material herein, the treadmill is the ProForm PFTL59420 with Serial Number PP720C0048420 (hereinafter "the treadmill").

7. Defendants manufactured, distributed, and/or sold the treadmill mentioned above.

8. On or about September 16, 2021, Plaintiff purchased the treadmill through Best Buy online store.

9. At all times material herein, Plaintiff was using the treadmill in a normal and intended manner, when the treadmill belt malfunctioned.

10. As a result of the incident, Plaintiff has suffered the following past, present, and future damages:

   a. bodily injury;
   b. great physical pain and suffering;
   c. disability and inability and loss of capacity to lead and enjoy a normal life;
   d. inconvenience;
   e. physical impairment;
   f. loss of earnings and/or earning capacity;
   g. loss of consortium;
   h. permanent injury within a reasonable degree of medical probability; and
   i. medical and related expenses, past and future incurred in seeking a cure for the injuries.

## COUNT I – NEGLIGENCE

11. Plaintiff re-alleges paragraphs one (1) through ten (10) as if set out in full hereafter.

12. Defendant owed a duty of reasonable care to Plaintiff to ensure the treadmill was safe, properly maintained, and free from mechanical or operational defects.

13. Defendant breach the duty of reasonable care by:

   a. failing to adequately manufacture the treadmill;

   b. failing to warn users of potential risks associated with the treadmill; and/or

   c. failing to repair or replace the treadmill despite prior knowledge of malfunctioning issues.

14. Defendant's breach of duty was the direct and proximate cause of Plaintiff's damages.

15. As a result of Defendant's breach of duty, Plaintiff has incurred damages.

## COUNT II – IFIT INC.'S STRICT PRODUCTS LIABILITY

16. Plaintiff re-alleges paragraphs one (1) through ten (10) as if set out in full hereafter.

17. Defendant, iFIT, designed, manufactured, distributed, and/or sold the treadmill that caused Plaintiff's damages.

18. iFIT sold, distributed, and/or manufactured a defective and unreasonably dangerous product, the treadmill, and it was used by Plaintiff for its intended and foreseeable purpose.

19. The treadmill was defective and unreasonably dangerous, and this defect and unreasonably dangerous condition caused Plaintiff's damages.

## COUNT III – BEST BUY'S STRICT PRODUCTS LIABLITY

20. Plaintiff re-alleges paragraphs one (1) through ten (10) as if set out in full hereafter.

21. Defendant, Best Buy, designed, manufactured, distributed, and/or sold the treadmill that caused Plaintiff's damages.

22. Best Buy sold, distributed, and/or manufactured a defective and unreasonably dangerous product, the treadmill, and it was used by Plaintiff for its intended and foreseeable purpose.

23. The treadmill was defective and unreasonably dangerous, and this defect and unreasonably dangerous condition caused Plaintiff's damages.

## COUNT IV – IFIT INC.'S BREACH OF IMPLIED WARRANTY OF FITNESS

24. Plaintiff re-alleges paragraphs one (1) through ten (10) as if set out in full hereafter.

25. Defendant, iFIT, as the manufacturer, distributor, and/or retailer of the treadmill, impliedly warranted that the treadmill was fit for its intended purpose.

26. iFIT breached this implied warranty by providing a treadmill that was defective and unreasonably dangerous.

27. As a direct and proximate result of this breach, Plaintiff suffered damages.

## COUNT V – BEST BUY'S BREACH OF IMPLIED WARRANTY OF FITNESS

28. Plaintiff re-alleges paragraphs one (1) through ten (10) as if set out in full hereafter.

29. Defendant, Best Buy, as the manufacturer, distributor, and/or retailer of the treadmill, impliedly warranted that the treadmill was fit for its intended purpose.

30. Best Buy breached this implied warranty by providing a treadmill that was defective and unreasonably dangerous.

31. As a direct and proximate result of this breach, Plaintiff suffered damages.

**WHEREFORE,** Plaintiff, MARC MONTAGUE, demands a trial by jury and judgment against Defendants, iFIT Inc. and Best Buy Co., Inc., for an amount within the jurisdictional limits of this Court, to wit: More than Fifty Thousand ($50,000.00) dollars plus costs, and for such other relief to which Plaintiff may be justly entitled.

**DATED** this October 8th, 2025, in Hernando County, Florida.

Respectfully submitted,

*/s/ Brian S. Brijbag*
Brian S. Brijbag, Esq.
FBN 1022680
The Law Firm of Brian S. Brijbag PLLC
dba Brijbag Law
P.O. Box 3309
Spring Hill, FL 34611
(352) 358-5880
Primary: pleadings@brijbaglaw.com
Secondary: brian@brijbaglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served along

with the summons via process server on:

**IFIT INC.**
The Corporation Trust Company
Corporation Trust Center 1209 Orange St
Wilmington, DE
Tel.: 302-658-7581

**BEST BUY CO., INC.**
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

*/s/ Brian S. Brijbag*
Brian S. Brijbag, Esq.
FBN 1022680
The Law Firm of Brian S. Brijbag PLLC
dba Brijbag Law
P.O. Box 3309
Spring Hill, FL 34611
(352) 358-5880
Primary: pleadings@brijbaglaw.com
Secondary: brian@brijbaglaw.com

**Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
10/15/2025
CT Log Number 550367819

## Service of Process Transmittal Summary

**TO:**     Dylan Ramsey
        iFIT, Inc.
        1500 S 1000 W
        LOGAN, UT 84321-8206

**RE:**     **Process Served in Delaware**

**FOR:**    iFIT Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: MARC MONTAGUE // To: iFIT Inc. |
| **CASE #:** | 2025CA1061 |
| **NATURE OF ACTION:** | Product Liability Litigation - Breach of Warranty |
| **PROCESS SERVED ON:** | The Corporation Trust Company, Wilmington, DE |
| **DATE/METHOD OF SERVICE:** | By Process Server on 10/15/2025 at 10:00 |
| **JURISDICTION SERVED:** | Delaware |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air |
| | Image SOP |
| | Email Notification,  Dylan Ramsey  dylan.ramsey@ifit.com |
| | Email Notification,  Kathryn Moore  kathryn.moore@ifit.com |
| | Email Notification,  Aaron Schneider  aaron.schneider@ifit.com |
| | Email Notification,  Melanie Mcintyre  melanie.mcintyre@ifit.com |
| | Email Notification,  Cindy Arvanites  cindy.arvanites@ifit.com |
| **REGISTERED AGENT CONTACT:** | The Corporation Trust Company |
| | 1209 Orange Street |
| | Wilmington, DE 19801 |
| | 8662031500 |
| | DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

## Business Record Details »

Minnesota Business Name
**Best Buy Co., Inc.**

**Business Type**
Business Corporation (Domestic)

**MN Statute**
302A

**File Number**
1K-1056

**Home Jurisdiction**
Minnesota

**Filing Date**
10/20/1966

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2026

**Registered Office Address**
1010 Dale St N
Saint Paul, MN 55117
USA

**Number of Shares**
1,000,400,000

**Registered Agent(s)**
CT Corporation System

**Chief Executive Officer**
Corie S. Barry
7601 Penn Avenue S.
Richfield, MN 55423
United States

**Principal Executive Office Address**
7601 Penn Avenue S.
Richfield, MN 55423
United States

**Comments**
Copies in drawer

Filing History

# Filing History

Select the item(s) you would like to order:  Order Selected Copies

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 10/20/1966 | Original Filing - Business Corporation (Domestic) | |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| | 10/20/1966 | Business Corporation (Domestic) Business Name (Business Name: Sound of Music, Inc.) | |
| ☐ | 03/10/1969 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 03/10/1969 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 06/21/1982 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 06/24/1982 | Business Corporation (Domestic) Active Status Report | |
| ☐ | 02/18/1983 | Business Corporation (Domestic) Restated Articles | |
| | 02/18/1983 | Business Corporation (Domestic) Business Name (Business Name: Best Buy Co., Inc.) | |
| ☐ | 03/16/1984 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 02/25/1985 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 03/17/1986 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 05/09/1986 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 07/16/1987 | Amendment - Business Corporation (Domestic) | |
| ☐ | 01/14/1994 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 06/07/1994 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 11/01/1994 | Business Corporation (Domestic) Other | |
| ☐ | 06/26/1998 | Business Corporation (Domestic) Change of Shares | |
| ☐ | 06/26/2000 | Business Corporation (Domestic) Change of Shares | |
| | 06/26/2000 | Business Corporation (Domestic) Restated Articles | |
| ☐ | 08/02/2002 | Consent to Use of Name - Business Corporation (Domestic) | |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 03/31/2003 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 09/11/2003 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 04/13/2007 | Business Corporation (Domestic) Restated Articles | |
| ☐ | 06/20/2007 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 09/02/2008 | Business Corporation (Domestic) Restated Articles | |
| ☐ | 06/24/2009 | Business Corporation (Domestic) Restated Articles | |
| ☐ | 9/16/2016 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 6/15/2020 | Amendment - Business Corporation (Domestic) Restated Articles | |
| ☐ | 7/1/2020 | Registered Office and/or Agent - Business Corporation (Domestic) | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MARC MONTAGUE,

        Plaintiff,

v.

iFIT, INC. and BEST BUY CO., INC.,

        Defendants.

Civil Action No.:

_____

## DECLARATION OF DYLAN RAMSEY

Pursuant to 28 U.S.C. § 1746, I, Dylan Ramsey, declare as follows:

1.     I am over the age of 18, of sound mind and fully capable of making this declaration.

2.     I am, and at all times material to this declaration have been, the Chief Legal Officer for iFIT, Inc.

3.     Based upon my position and duties, my review of the corporate and business records of iFIT, Inc. and my direct personal knowledge of its business, I am personally acquainted with the facts set forth in this declaration.

4.     iFIT, Inc. is a corporation organized under the laws of the State of Delaware with its principal place of business in the State of Utah.

5. The factual statements made in this declaration are true and correct and are based on my personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of November 2025.

Signed by:

*Dylan Ramsey*

F442D6044674420...

_____

DYLAN RAMSEY

Exhibit "E"



# Delaware

### The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF*

*DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT*

*COPY OF THE CERTIFICATE OF AMENDMENT OF "ICON HEALTH & FITNESS,*

*INC.", CHANGING ITS NAME FROM "ICON HEALTH & FITNESS, INC." TO*

*"IFIT INC.", FILED IN THIS OFFICE ON THE NINTH DAY OF AUGUST,*

*A.D. 2021, AT 5:23 O`CLOCK P.M.*



Jeffrey W. Bullock, Secretary of State

2423252  8100
SR# 20212928941

Authentication: 203878528
Date: 08-09-21

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:23 PM 08/09/2021
FILED 05:23 PM 08/09/2021
SR 20212928941 - File Number 2423252

## CERTIFICATE OF AMENDMENT
### OF
## CERTIFICATE OF INCORPORATION
### OF
## ICON HEALTH & FITNESS, INC.

August 9, 2021

It is hereby certified that:

1. The name of the corporation (hereinafter called the "Corporation") is "ICON Health & Fitness, Inc."

2. The original certificate of incorporation of the Corporation was filed with the Secretary of State of the State of Delaware on August 2, 1994.

3. The Certificate of Incorporation of the Corporation is hereby amended by striking out Article FIRST thereof and by substituting in lieu of said Article the following new Article:

FIRST:        The name of this corporation is iFIT Inc.

4. The amendment to the Certificate of Incorporation herein certified has been duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

5. The effective time of the Certificate of Amendment shall be upon filing.

WEIL:\98046890\3\53728.0019

IN WITNESS WHEREOF, the undersigned has duly executed this Certificate of Amendment to the Certificate of Incorporation as of the date first written above.

By: _Scott R. Watterson_

Name:  Scott Watterson

Title:   Chairman and Chief Executive Officer

*[Certificate of Amendment of Certificate of Incorporation]*

Exhibit "F"

**IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT
IN AND FOR HERNANDO COUNTY, STATE OF FLORIDA
CIVIL DIVISION**

MARC MONTAGUE,

        Plaintiff,

v.                                                                      Case No.: 2025-CA-1061

iFIT, INC. and BEST BUY CO., INC.,

        Defendants.

**<u>NOTICE OF FILING OF NOTICE OF REMOVAL</u>**

**PLEASE TAKE NOTICE** that, on November 4, 2025, Defendant iFIT, Inc. filed a Notice of Removal of this case from the Fifth Judicial Circuit Court of Hernando County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  A copy of the Notice of Removal is attached hereto as ***Exhibit A***, and a copy of this Notice and the Notice of Removal has also been provided to the Plaintiff in this action.

The removing Defendant, having hereby filed a copy of the Notice of Removal (***Exhibit A***) with the Clerk of the Fifth Judicial Circuit Court, Hernando County, Florida, in accordance with 28 U.S.C. § 1446(d), thereby effects removal.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1446, the filing of this Notice removes this action to the Federal Court, and this Court may "proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated: November 4, 2025    Respectfully submitted,


         By: /s/ *Kara S. Graham*
         Kara S. Graham, Esq.
         Florida Bar No.  1002415
         **LITTLETON JOYCE UGHETTA & KELLY LLP**
         2460 N Courtenay Pkwy, Suite 204
         Merritt Island, FL  32953
         Tel: (321) 574-0280
         Fax: (321) 574-4054
         kara.graham@littletonjoyce.com
         geanne.gardner@littletonjoyce.com

         *Counsel for Defendant iFIT, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida E-portal to all counsel of record on November 4, 2025.

Respectfully submitted,

By: /s/ *Kara S. Graham*
Kara S. Graham, Esq.
Florida Bar No.  1002415
**LITTLETON JOYCE UGHETTA & KELLY LLP**
2460 N Courtenay Pkwy, Suite 204
Merritt Island, FL  32953
Tel: (321) 574-0280
Fax: (321) 574-4054
kara.graham@littletonjoyce.com
geanne.gardner@littletonjoyce.com

*Counsel for Defendant iFIT, Inc.*

Exhibit "G"

**IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT
IN AND FOR HERNANDO COUNTY, STATE OF FLORIDA
CIVIL DIVISION**

| |
|---|
| MARC MONTAGUE, |
| Plaintiff, |
| v. |
| iFIT, INC. and BEST BUY CO., INC., |
| Defendants. |

Case No.: 2025-CA-1061

**AMENDED NOTICE OF FILING OF NOTICE OF REMOVAL**

    **PLEASE TAKE NOTICE** that, on November 7, 2025, Defendant iFIT, Inc. filed a Notice of Removal of this case from the Fifth Judicial Circuit Court of Hernando County, Florida, to the United States District Court for the Middle District of Florida, Ocala Division.  A copy of the Notice of Removal is attached hereto as ***Exhibit A***, and a copy of this Notice and the Notice of Removal has also been provided to the Plaintiff in this action.

    The removing Defendant, having hereby filed a copy of the Notice of Removal (***Exhibit A***) with the Clerk of the Fifth Judicial Circuit Court, Hernando County, Florida, in accordance with 28 U.S.C. § 1446(d), thereby effects removal.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1446, the filing of this Notice removes this action to the Federal Court, and this Court may "proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated: November 7, 2025                   Respectfully submitted,


                                          By: /s/ *Kara S. Graham*
                                          Kara S. Graham, Esq.
                                          Florida Bar No.  1002415
                                          **LITTLETON JOYCE UGHETTA & KELLY LLP**
                                          2460 N Courtenay Pkwy, Suite 204
                                          Merritt Island, FL  32953
                                          Tel: (321) 574-0280
                                          Fax: (321) 574-4054
                                          kara.graham@littletonjoyce.com
                                          geanne.gardner@littletonjoyce.com

                                          ***Counsel for Defendant iFIT, Inc.***

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via

the Florida E-portal to all counsel of record on November 7, 2025.

Respectfully submitted,

By: /s/ *Kara S. Graham*
Kara S. Graham, Esq.
Florida Bar No.  1002415
**LITTLETON JOYCE UGHETTA & KELLY LLP**
2460 N Courtenay Pkwy, Suite 204
Merritt Island, FL  32953
Tel: (321) 574-0280
Fax: (321) 574-4054
kara.graham@littletonjoyce.com
geanne.gardner@littletonjoyce.com

***Counsel for Defendant iFIT, Inc.***

3